IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| FREDERICK BANKS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. CIV-11-201-C |
| | ) | |
| WARDEN OF THE FEDERAL | ) | |
| TRANSFER CENTER, et al., | ) | |
| | ) | |
| Respondents. | ) | |

O R D E R

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Valerie K. Couch on May 12, 2011. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed; however, on May 27, 2011, Petitioner paid the $5.00 filing fee, rendering the Magistrate Judge's recommendation moot.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted in part. Because the filing fee has now been paid, the case is once again committed to the Magistrate Judge under the initial Order of Referral.

IT IS SO ORDERED this 29th day of June, 2011.

ROBIN J. CAUTHRON
United States District Judge